JOHN R GRELE, SBN: 167080
California Appellate Project
One Ecker Place, 4th Floor
San Francisco, CA 94105
(415) 495-0500

JEANNIE R. STERNBERG, SBN: 79353
Sternberg, Sowards & Laurence
604 Mission Street, 9th Floor
San Francisco, CA 94105
(415) 896-2254

Attorneys for Petitioner
JOSE ARNALDO RODRIGUES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE ARNALDO RODRIGUES,<br><br>Petitioner,<br><br>vs.<br><br>ARTHUR CALDERON, Warden of the California State Prison at San Quentin,<br><br>Respondent. | CASE NO. C-96-1831-CW (BZ)<br><br>**DEATH PENALTY CASE**<br><br>APPLICATION TO FILE PETITIONER'S BRIEF UNDER SEAL<br><br>~~FILED UNDER SEAL~~  unseal per order 12/9/97 (#93) |

Petitioner, through his counsel of record, hereby applies for an order of this Court permitting him to file under seal Petitioner's Brief in Support of Application to File Under Seal. Counsel relies on the arguments contained in the Brief itself as support for this application.

DATED: December 3, 1997

Respectfully submitted,

JOHN R GRELE
JEANNIE R. STERNBERG
Attorneys for Petitioner

By: _____
    JOHN R GRELE

Application to File Petitioner's
Brief Under Seal
Case No. C-96-1831-CW (BZ)