1  JOHN R GRELE (State Bar No. 167080)
2  CALIFORNIA APPELLATE PROJECT
   One Ecker Place - Fourth Floor
3  San Francisco, CA  94105
   Telephone:  (415) 495-0500
4  Facsimile:  (415) 495-5616

5
   JEANNIE R. STERNBERG (State Bar No. 79353)
6  HABEAS CORPUS RESOURCE CENTER
   50 Fremont Street, Suite 1800
7  San Francisco, California  94105
   Telephone:  (415) 348-3800
8  Facsimile:  (415) 348-3873
9  Attorneys for Petitioner JOSE ARNALDO RODRIGUES

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  JOSE ARNALDO RODRIGUES,              )
                                         )  Case No. C 96- 1831 CW (BZ)
14           Petitioner,                 )
                                         )  **DEATH PENALTY CASE**
15       v.                              )
                                         )  PETITIONER'S TWENTIETH STATUS
16  ARTHUR CALDERON, Warden of           )  REPORT
    California State Prison at San Quentin, )
17                                       )
                                         )
18           Respondent.                 )
    _____)

19

20

21

22

23

24

25

26

27

28

FILED

2001 JUN - 6  AM 10: 44

RICH...     ...ING
CLERK... ...COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

JOHN R GRELE (State Bar No. 167080)
CALIFORNIA APPELLATE PROJECT
One Ecker Place - Fourth Floor
San Francisco, California 94105
Telephone: (415) 495-0500
Facsimile: (415) 495-5616

JEANNIE R. STERNBERG (State Bar No. 79353)
HABEAS CORPUS RESOURCE CENTER
50 Fremont Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 348-3800
Facsimile: (415) 348-3873
Attorneys for Petitioner JOSE ARNALDO RODRIGUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNALDO RODRIGUES, | Case No. C 96- 1831 CW (BZ) |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | PETITIONER'S TWENTIETH STATUS REPORT |
| ARTHUR CALDERON, Warden of California State Prison at San Quentin, | |
| Respondent. | |

TO: THE HONORABLE CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE FOR

THE NORTHERN DISTRICT OF CALIFORNIA:

      Pursuant to this Court's order of February 4, 1998, petitioner files his twentieth

status report. The status of petitioner's case has not changed since the nineteenth report. On

February 11, 1998, petitioner filed Petitioner's Notice Withdrawing Unexhausted Claims in this

Court. On March 6, 1998, as ordered by this Court, petitioner filed, with the California Supreme

Court, a Petition for Writ of Habeas Corpus, thirteen volumes of exhibits in support thereof, an

Application for Appointment of Counsel, and an Application to Seal Exhibit 36 in Support of the

Petition for Writ of Habeas Corpus. As noted in Petitioner's prior status reports, the parties have

ORIGINAL

completed the pleading and briefing stage of the state court proceedings.  We are still awaiting the state court's disposition of the petition.

In May 1999, petitioner filed, with this Court, Petitioner's Motion To Lodge Amended Petition To Be Filed Upon Completion Of State Court Proceedings, accompanied by Petitioner's Amended Petition by a Person in State Custody.  The Court granted petitioner's motion on June 8, 1999.

Petitioner's next status report is due on August 1, 2001.

DATED:  June 5, 2001                    Respectfully Submitted,

                                        JOHN R GRELE
                                        JEANNIE R. STERNBERG


                                        By:/ JEANNIE R. STERNBERG
                                        Counsel for Petitioner Jose A. Rodrigues

PETITIONER'S TWENTIETH STATUS REPORT
C 96- 1831 CW (BZ)

2

PROOF OF SERVICE

*Jose Arnaldo Rodrigues v. Arthur Calderon* - C-96-1831 CW (BZ)

I, Darryl Davis, declare that I am a citizen of the United States, employed in the City and
County of San Francisco; I am over the age of 18 years and not a party to this action or cause; my
current business address is 50 Fremont Street - 18th Floor, San Francisco, California 94105.

On June 5, 2001, I served a true copy of the following document:

PETITIONER'S TWENTIETH STATUS REPORT

On each of the following in said cause by placing a true copy thereof in a sealed envelope, with
first class postage thereon fully prepaid, in the United States mail at San Francisco, California,
addressed as follows:

Joan Killeen
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct.  Executed on
June 5, 2001, at San Francisco, California.

Darryl Davis

