IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNALDO RODRIGUES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>VINCE CULLEN, Acting Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent. _____/ | No. 96-1831 CW<br><br>ORDER APPOINTING JOHN R GRELE AS COUNSEL |

In the parties' joint statement, the Habeas Corpus Resource Center, counsel for Petitioner Jose Arnaldo Rodrigues, stated that it intends to withdraw as appointed counsel. Petitioner's other counsel, John R Grele, states that he is prepared to continue his appointed representation of Petitioner.

Because Petitioner is financially unable to obtain adequate representation and the interests of justice so require, the Court appoints Mr. Grele under the Criminal Justice Act to represent Petitioner on the above-entitled federal habeas petition. Mr. Grele should seek reimbursement pursuant to 18 U.S.C. § 3006A(d) and (e) via the Federal Public Defender's Office.

IT IS SO ORDERED.

Dated: July 12, 2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge