# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSE ARNALDO RODRIGUES,<br><br>       Petitioner,<br><br>     v.<br><br>VINCE CULLEN, Acting Warden of the<br>California State Prison at San Quentin,<br><br>       Respondent. | CASE NO. 4:96-cv-01831-CW<br><br>[PROPOSED] ORDER VACATING APPOINTMENT OF COUNSEL AND GRANTING APPLICATION TO WITHDRAW AS COUNSEL FOR PETITIONER |

Upon application of Petitioner's counsel, the Habeas Corpus Resource Center, and GOOD CAUSE APPEARING, the portion of this Court's April 13, 1999 Order appointing the Habeas Corpus Resource Center as counsel for Petitioner is vacated, and the Habeas Corpus Resource Center and its attorneys, Jeannie R. Sternberg, Miro F. Cizin, and Cristina Bordé, are granted leave to withdraw and are hereby relieved as counsel for petitioner.

IT IS SO ORDERED.

Dated:   **1/24/2011**

CLAUDIA WILKEN   **WILKEN**
United States District Judge

Submitted by:
HABEAS CORPUS RESOURCE CENTER

By: Jeannie R. Sternberg

[PROPOSED] ORDER VACATING APPOINTMENT OF COUNSEL AND GRANTING APPLICATION TO WITHDRAW AS COUNSEL FOR PETITIONER
CASE NO. 4:96-cv-01831-CW