UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSE ARNALDO RODRIGUES, | ) CASE NO. 4:96-cv-01831-CW |
| Petitioner, | ) |
| v. | ) ORDER ENLARGING THE TIME TO FILE TRAVERSE |
| VINCE CULLEN, Acting Warden of the California State Prison at San Quentin, | ) |
| Respondent. | ) |

GOOD CAUSE APPEARING, petitioner's Application for an Order Enlarging the Time to File Traverse is GRANTED.  Petitioner is ordered to file the Traverse by April 4. 2011.  All other provisions of the Court' Order Denying Claims as Moot and Requiring Petitioner to File Traverse shall remain in effect.

IT IS SO ORDERED.

Dated: **3/17/2011**

_____
CLAUDIA WILKEN
United States District Judge

[PROPOSED] ORDER ENLARGING THE TIME TO FILE TRAVERSE
CASE NO. 4:96-CV-01831-CW