IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNALDO RODRIGUES, | |
| Petitioner, | No. C 96-1831 CW |
| v. | ORDER FOR TRAVERSE |
| KEVIN CHAPPELL, Warden, California State Prison at San Quentin, | |
| Respondent. | |

Counsel for Petitioner has not yet filed a traverse in this matter, despite multiple extensions granted, and it is currently overdue. Within thirty days of the date of this Order, Petitioner's counsel is ORDERED to file a traverse to Respondent's answer.

IT IS SO ORDERED.

DATED: 3/4/2014

CLAUDIA WILKEN
United States District Judge