IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNALDO RODRIGUES, | ) |
| Petitioner, | )  No. C 96-1831 CW |
| v. | )  ORDER |
| KEVIN CHAPPELL, Warden, California State Prison at San Quentin, | ) |
| Respondent. | ) |

Petitioner's traverse was due on April 3, 2014; he has requested an extension of time until April 7, 2014. For good cause shown, petitioner's request is GRANTED and his traverse is due April 7, 2014. No further extensions will be granted.

IT IS SO ORDERED.

DATED: 4/4/2014

CLAUDIA WILKEN
United States District Judge

1