1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5           FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   JOSE ARNALDO RODRIGUES,              No. C 96-1831 CW

8               Petitioner,

9          v.                            ORDER RE BRIEFING SCHEDULE

10  KEVIN CHAPELL, Warden, California
    State Prison at San Quentin
11
                Respondent.
12  _____/

13

14       Within 60 days of the date of this Order, the parties are

15  ORDERED to meet and confer, and to submit a proposed litigation

16  schedule for resolution of Petitioner's record-based claims.  In the

17  interests of efficiency and to avoid oversize briefs, the parties

18  are directed to divide the claims into groupings (by grouping

19  together, for example, claims that have the same factual predicates)

20  of no more than ten each.

21       Also within 60 days of the date of this Order, Petitioner is

22  ORDERED to file an electronic copy of his Amended Petition, and

23  Respondent is ORDERED to file an electronic copy of the Answer to

24  the Amended Petition.

25          IT IS SO ORDERED.

26

27  Dated: 4/14/2014

28                              _____
                                CLAUDIA WILKEN
                                United States District Judge