UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNALDO RODRIGUES, | No. C 96-1831 CW |
| Petitioner, | |
| v. | **ORDER** |
| KEVIN CHAPPELL, Warden, San Quentin State Prison, | |
| Respondent. | |

GOOD CAUSE APPEARING, petitioner's Application for an Order Enlarging the Time to File a Reply is GRANTED. Petitioner is ordered to file the Reply by November 10, 2014.

IT IS SO ORDERED.

Dated: _____October 16___, 2014

Claudia Wilken
United States District Judge

ORDER ENLARGING THE TIME TO FILE REPLY
CASE NO. 4:96-CV-01831-CW