UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ARNALDO RODRIGUES,

    Petitioner,

v.

KEVIN CHAPPELL, Warden, San Quentin State Prison,

    Respondent.

Case No. 96-cv-01831-CW

**ORDER**

Re: Dkt. No. 359

GOOD CAUSE APPEARING, petitioner's second Application for an Order Enlarging the Time to File a Reply is GRANTED. Petitioner is ordered to file the Reply by November 24, 2014.

**IT IS SO ORDERED**.

Dated: November 12, 2014

CLAUDIA WILKEN
United States District Judge