UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSE ARNALDO RODRIGUES,<br><br>    Petitioner,<br><br>v.<br><br>W.L MONTGOMERY, Acting Warden of the California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. 4:96-cv-01831-CW<br><br>[~~PROPOSED~~] ORDER ENLARGING THE TIME TO FILE REPLY |

GOOD CAUSE APPEARING, petitioner's Application for an Order Enlarging the Time to File Reply is GRANTED.  Petitioner is ordered to file the Reply by December 24, 2014.

IT IS SO ORDERED.

Dated: 12/18/2014

_____
CLAUDIA WILKEN
United States District Judge

[~~PROPOSED~~] ORDER ENLARGING THE TIME TO FILE REPLY
CASE NO. 4:96-CV-01831-CW