# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSE ARNALDO RODRIGUES,<br><br>    Petitioner,<br><br>v.<br><br>W.L MONTGOMERY, Acting Warden of the California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. 4:96-cv-01831-CW<br><br>[PROPOSED] ORDER ENLARGING THE TIME TO FILE REPLY |

GOOD CAUSE APPEARING, petitioner's Application for an Order Enlarging the Time to File Reply is GRANTED. Petitioner is ordered to file the Reply by January 12, 2015.

IT IS SO ORDERED.

Dated:  1/13/2015

                                              */s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge