UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

Date: May 31, 2016 Time: 1 hour 20 minutes
Case No: C-96-1831 CW
Case Name: Rodrigues v. Calderon

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nichole Peric    Court Reporter: Raynee Mercado**

**Appearances for Plaintiff: John Grele**


**Appearances for Defendant: Sarah Farhat**


**Motions:**

Hearing Re: Petition for Writ of Habeas Corpus-Held.  Each side shall submit a one page letter brief outlining position along with any authority as to questions stated on the record. Respondent shall file a letter brief by June 6, 2016 and petitioner shall file a letter brief by June 10, 2016.

Copies to:  Chambers